IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Bornstein,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>　　　　Defendants. | No.  CV-16-00714-PHX-SPL<br><br>**ORDER** |

　　　Having considered the parties' stipulation,

　　　**IT IS ORDERED:**

　　　1. That the Stipulation for Dismissal (Doc. 64) is **granted**;

　　　2. That Defendant Experian Information Solutions, Inc. is **dismissed with prejudice**;

　　　3. That each party shall bear its own costs and attorneys' fees; and

　　　4. That, Defendant Experian Information Solutions, Inc. being the only remaining defendant in this case, the Clerk of Court shall **terminate** this action.

　　　Dated this 19th day of October, 2016.

Honorable Steven P. Logan
United States District Judge